(October 31, 1938.)

In the Matter of the Application of HAZARD E. ROBINSON, Petitioner, for an Order Directing the Board of Elections of the County of Cattaraugus to Provide an Official Ballot for the General Election to Be Held in the County of Cattaraugus on the 8th day of November, 1938, in the Form Provided by the Election Law, against CHARLES W. BROCK and BASIL J. TITUS, Constituting the Board of Elections of the County of Cattaraugus, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 308.] Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

## FIRST DEPARTMENT, NOVEMBER, 1938.
### (November 2, 1938.)

In the Matter of ALEXANDER E. GINSBERG, an Attorney.— Motion granted. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of PAUL AARON and Others, Petitioners, Appellants, for an Order Directing Those Persons Constituting the Inspectors of Election of the Various Boards of Registration and Enrollment in the 12th, 19th, 23rd, 24th, 27th and 29th Election Districts of the 17th Assembly District, and the 4th, 6th, 17th, 18th, 19th, 23rd, 27th and 30th Election Districts of the 19th Assembly District, and the 6th and 20th Election Districts of the 20th Assembly District, to Register the Petitioners as Qualified Voters for the General Election for the Year 1938, Respondents.— Order unanimously affirmed; and the respondents, the election inspectors, ordered to reconvene on Saturday, November 5, 1938, not later than eleven A. M. on said day, to afford the petitioners an opportunity to appear before such respondents-inspectors, at which time such of the petitioners as shall disclose their names previous to assuming the names shown in the petition and give information as to the place of residence from which they last voted or registered, and the names under which they voted or egistered, shall be duly registered by said respondents-inspectors as qualified voters for the general election for the year 1938, and that upon compliance by any such petitioners with the directions contained herein the respondents-inspectors shall make the necessary entries validating the registration of any such petitioners so complying. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of HARVEY L. SCHWAMM, Appellant, for an Order Directing S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, Defendants, Respondents, to Set Aside and Declare Void a Certain Resolution of the Said Board of Elections and to Declare Void Certain Petitions Purporting to Nominate Certain Persons as Candidates of the City Fusion Party for Public Offices and to Restrain the Said Board of Elections from Printing on the Ballot or Voting Machines the Names of the Said Persons under Any Line, Name or Emblem, and JOHN L. BUCKLEY, Intervenor, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.